# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES, | CASE NO. 1:12-cv-1638-AWI-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS |
| v. | |
| BOPARAL, et al., | (ECF Nos. 8, 9) |
| Defendants. | |

Plaintiff Christopher Valles ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's request for production of documents from an attorney be DENIED.  The findings and recommendations were served Plaintiff and contained notice that any objections were to be filed within thirty (30) days after being served with the Findings and Recommendations.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on November 21, 2012, are adopted in full;
2. Plaintiff's request for production of documents, filed on November 13, 2012, is DENIED.

IT IS SO ORDERED.

Dated:   January 16, 2013

                                                    SENIOR DISTRICT JUDGE