1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

| | |
|---|---|
| CHRISTOPHER VALLES, | ) 1:12-cv-01638-AWI-BAM (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION |
| v. | ) TO SUBMIT ADDENDUM TO PREVIOUS |
| | ) FILING AS EXHIBIT 11 WITHOUT |
| DR. BOPARAI, et al., | ) PREJUDICE |
| | ) (ECF No. 11) |
| Defendants. | ) |
| | ) |

16

17

18

19

20

21

        Plaintiff Christopher Valles ("Plaintiff") is a state prisoner proceeding pro se and in

forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 5, 2013,

Plaintiff filed a motion seeking to submit an addendum to his previous filing as Exhibit 11.

(ECF No. 11.)  Although Plaintiff does not identify the "previous filing," it appears that Plaintiff

seeks to add an exhibit to his complaint filed on October 5, 2012.  Plaintiff's motion is now moot

because the Court has dismissed Plaintiff's complaint with leave to amend.

22

23

24

25

26

        Specifically, the Court screened Plaintiff's complaint on October 18, 2013, and

determined that it failed to state a cognizable claim against any of the defendants.[1]  The Court

therefore dismissed the complaint and granted Plaintiff leave to file an amended complaint

within thirty (30) days.  (ECF No. 12.)  Accordingly, if Plaintiff elects to file an amended

complaint, then he may incorporate and attach a copy of proposed Exhibit 11 to his complaint,

27

28

---

[1]        Even if Exhibit 11 had been attached to the original complaint, it would not have altered the
Court's analysis upon screening.  Plaintiff's original complaint failed to comply with Federal Rule of
Civil Procedure 8 and failed to state any cognizable claims.

1   along with any other relevant exhibits, if he so chooses.  Plaintiff's motion to submit an

2   addendum to his previous filing as Exhibit 11 is DENIED without prejudice to resubmission with

3   an amended complaint.

4

5   IT IS SO ORDERED.

6       Dated:    **October 23, 2013**              /s/ *Barbara A. McAuliffe*         _

7                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28