1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>   Plaintiff,<br><br>  v.<br><br>DR. BOPARAI, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01638-AWI-BAM PC<br><br>FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>TWENTY-ONE DAY DEADLINE |

  Plaintiff Christopher Valles ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on October 5, 2012.  On October 18, 2013, the Court dismissed Plaintiff's complaint for failure to state a claim with leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, the action would be dismissed with prejudice for failure to state a claim.  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

  Accordingly, pursuant to 28 U.S.C. §1915A and 28 U.S.C. § 1915(e), it is HEREBY RECOMMENDED that this action be dismissed with prejudice based on Plaintiff's failure to state any claims upon which relief may be granted.

///

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C.§ 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **December 2, 2013**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE