UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. BOPARAI, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-01638-AWI-BAM PC<br><br>FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Christopher Valles ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on October 5, 2012. On October 18, 2013, the Court dismissed Plaintiff's complaint for failure to state a claim with leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, the action would be dismissed with prejudice for failure to state a claim. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. §1915A and 28 U.S.C. § 1915(e), it is HEREBY RECOMMENDED that this action be dismissed with prejudice based on Plaintiff's failure to state any claims upon which relief may be granted.

///

1  These findings and recommendations will be submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of Title 28 U.S.C.§ 636(b)(l).  Within twenty-one (21)
3  days after being served with these findings and recommendations, Plaintiff may file written objections
4  with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."  Plaintiff is advised that failure to file objections within the specified time may
6  waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8  IT IS SO ORDERED.

9   Dated:   **December 2, 2013**          /s/ *Barbara A. McAuliffe*
10                                 UNITED STATES MAGISTRATE JUDGE